```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JOSEPH FALCONE, individually and on behalf of similarly situated employees and JASON EVERS, individually and on behalf of similarly situated employees,

    Plaintiffs,

v.     Case No: 2:19-cv-303-JES-MRM

TOP 1 PERCENT COACHING, LLC, a Florida limited liability company and JUSTIN T. FOXX, individually,

    Defendants.

## ORDER

This matter comes before the Court on review of plaintiffs' Status Report (Doc. #29) filed on July 26, 2022. Plaintiffs state that the case was resolved in state court, and the parties otherwise chose not to pursue the remaining issues in arbitration. Plaintiffs state that the case may be dismissed. The Court will construe the Status Report as containing a voluntary dismissal. No answer or motion for summary judgment was filed in this case before the stay. Therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___27th___ day of July 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record